UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLINTON JEFFREY BROCK, et al., <br><br> Defendants. | Case No. 17-cv-02183-EMC <br><br> **ORDER RE FINAL JUDGMENT** <br> Docket No. |

Previously, the Court granted Plaintiffs' motion for default judgment as to two defendants in the case, *i.e.*, The Brock Company and Clinton Brock. The Court also gave Plaintiffs an opportunity to submit additional information in support of the motion for default judgment against the last defendant, *i.e.*, the corporate entity known as The H.C. Brock Company. Plaintiffs have not provided additional information regarding The H.C. Brock Company. Accordingly, the Court finds, consistent with its prior order, that a default judgment is appropriate as to The Brock Company and Clinton Brock, but not the corporation The H.C. Brock Company.

///
///
///
///
///

The Clerk of the Court is instructed to enter a final judgment in favor of Plaintiffs with respect to The Brock Company and Clinton Brock; the H.C. Brock Company, a corporation, is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: September 22, 2017

_____
EDWARD M. CHEN
United States District Judge